O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK STABLEFORD,<br><br>          Petitioner,<br><br>vs.<br><br>MATTHEW MARTEL, WARDEN,<br><br>          Respondent. | CASE NO. SA CV 09-01071 JST (RZ)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of United States Magistrate Judge. Further, the Court has engaged in a *de novo* review of those portions of the Report to which Petitioner has objected. The Court accepts the findings and recommendations of the Magistrate Judge.

DATED: 12·20·10

JOSEPHINE STATON TUCKER
UNITED STATES DISTRICT JUDGE