O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK STABLEFORD,<br><br>        Petitioner,<br><br>vs.<br><br>MATTHEW MARTEL, WARDEN,<br><br>        Respondent. | CASE NO. SA CV 09-01071 JST (RZ)<br><br>JUDGMENT |

    This matter came before the Court on the Petition of MARK STABLEFORD, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

    IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice as untimely.

DATED: 12·20·10

JOSEPHINE STATON TUCKER
UNITED STATES DISTRICT JUDGE